

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2025

No. 04-25-00804-CV

**IN RE** Jackie **SANCHEZ**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Lori Massey Brissette, Justice
Velia J. Meza, Justice

Relator filed her petition for writ of mandamus and emergency motion for stay on December 11, 2025. Relator has not provided a sufficient record to demonstrate that she is entitled to mandamus relief. *See* TEX. R. APP. P. 52.7(a). Having considered the petition for writ of mandamus, emergency motion for stay, and the record provided, this court concludes that relator has not established that she is entitled to the relief sought. The petition for writ of mandamus is **DENIED** without prejudice. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary relief is **DENIED AS MOOT**.

It is so **ORDERED** on December 31, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2022CI07022, styled *In the Interest of D.J.Y.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Elizabeth Martinez presiding.